IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

RICHARD JASON NOBLES, et al.,               *

            Plaintiffs,                      *

v.                                                                            Case No. 7:24-cv-68 (WLS-TQL)

                                 *

VALDOSTA STATE PRISON, et al.,               *

            Defendants.                    *

_____               *

**J U D G M E N T**

      Pursuant to this Court's Order dated August 13, 2024, and for the reasons stated therein,

JUDGMENT is hereby entered dismissing this case.

      This 15th day of August, 2024.

                              David W. Bunt, Clerk

                              s/ Kathleen S. Logsdon, Deputy Clerk